UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY CHEATHAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOMMY WAN, *et al*.,<br><br>　　　　　Defendants. | No. 1:19-cv-00135-NONE-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THE COURT DISMISS THIS CASE DUE TO PLAINTIFF'S FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>(Doc. No. 13) |

　　　　Harry Cheatham ("Plaintiff") is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.

　　　　On March 19, 2020, the assigned magistrate judge issued findings and recommendations recommending that this case be dismissed. (Doc. No. 13.) The findings and recommendations included notice that the parties may file written objections to those findings and recommendations with the court within fourteen days after service. (*Id.*) More than fourteen days have passed, and no objections were filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the Findings and Recommendations are supported by the record and proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on March 19, 2020, (Doc. No. 13), are ADOPTED IN FULL;
2. This action is dismissed based on plaintiff's failure to state a claim, failure to prosecute, and failure to comply with a court order; and
3. The Clerk of the Court is directed to assign this case to a district judge for the purpose of closing this case and to close this case.

IT IS SO ORDERED.

Dated: **July 13, 2020**

　　　　　　　　　　　　　　　／s／ Dale A. Drozd
UNITED STATES DISTRICT JUDGE